IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.22-cv-00008 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| JD PALATINE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS**

Every Telephonic Conference conducted will be via an AT&T call-in number which requires participants to dial in and provide an access code. When a Telephonic Conference is scheduled you will be instructed to refer back to this Notice and to use the dial-in number and access code listed below.

**Dial-in Information**
**Dial in phone number: 888-363-4749**
**Access code: 8415637**

BY THE COURT:

*/s/* **Maureen P. Kelly**_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc (via ECF email notification):

All Counsel of Record